1  STEVEN G. KALAR
   Federal Public Defender
2  ROBERT CARLIN
   Assistant Federal Public Defender
3  55 South Market Street, Suite 820
   San Jose, CA 95113
4  Telephone: (408) 291-7753
   Email robert_carlin@fd.org
5
   Counsel for Defendant
6  MARIO LOPEZ QUIROZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-15-00189-RMW |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS CONFERENCE; [] ORDER |
| vs. | ) | |
| MARIO LOPEZ QUIROZ, | ) | |
| Defendant. | ) | |

Plaintiff United States of America, by and through Assistant United States Attorney William Gullotta, and Defendant MARIO LOPEZ QUIROZ ("Mr. Lopez"), by and through his attorney of record, Assistant Federal Public Defender Robert Carlin, hereby stipulate that the status conference in this case should be continued from June 1 to June 29, 2015, at ; :20 c.m.

1. Mr. Lopez has been charged in a single count Indictment with a violation of 8 U.S.C. § 1326.

2. A status conference before this Honorable Court is scheduled for June 1, 2015, at ; :20""

26'"""""c0b 0

1

1     3. Counsel needs additional time to review and discuss the discovery with Mr. Lopez
2  before returning before this Honorable Court.
3     4. Mr. Lopez respectfully requests that the status hearing be continued as requested, and
4  agrees to the exclusion of time from June 1 to June 29, 2015, pursuant to 18 U.S.C. § 3161
5  (h)(7)(A).
6     5. Accordingly, the parties request that the status hearing be continued to June 29, 2015,
7  at ; :20 c.m.

8

9  IT IS SO STIPULATED.

10                              Respectfully submitted,

11                              STEVEN G. KALAR
                                Federal Public Defender
12

13
                                __/s_____
14  Dated: May 28, 2015          ROBERT CARLIN
                                Assistant Federal Public Defender
15

16                              UNITED STATES ATTORNEY

17

18  Dated: May 28, 2015          __/s_____
                                WILLIAM GULLOTTA
19                               Assistant United States Attorney

20

21

22

23

24

25

26

2

1  STEVEN G. KALAR
   Federal Public Defender
2  ROBERT CARLIN
   Assistant Federal Public Defender
3  55 South Market Street, Suite 820
   San Jose, CA 95113
4  Telephone:  (408) 291-7753
   Email robert_carlin@fd.org
5
   Counsel for Defendant
6  MARIO LOPEZ QUIROZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-15-00189-RMW |
| ) | |
| Plaintiff, ) | [] ORDER |
| ) | |
| vs. ) | |
| ) | |
| MARIO LOPEZ QUIROZ, ) | |
| ) | |
| Defendant. ) | |

   1. Mr. Lopez has been charged in a single count Indictment with a violation of 8 U.S.C. § 1326.

   2. A status conference before this Honorable Court is scheduled for June 1, 2015, at ; :20 c.m.

   3. Counsel needs additional time to review and discuss the discovery with Mr. Lopez before returning before this Honorable Court.

3

1   4. There is good cause for the requested continuance, and the "ends of justice" served by taking such action "outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161 (h)(7)(A).  Accordingly, the time from June 1 to June 29, 2015, is excluded pursuant to section § 3161 (h)(7)(A).

5.  The status hearing in this matter shall be continued to June 29, 2015, at ; :20 c.m.

IT IS SO ORDERED.

Dated: ími ffí

_____
HON. RONALD M. WHYTE
United States District Judge

4