BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

WILLIAM J. GULLOTTA (CTBN 423420)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5053
    FAX: (408) 535-5066
    William.Gullotta@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 15-00189 RMW |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER EXCLUDING TIME FROM AUGUST 31, 2015 THROUGH OCTOBER 26, 2015 |
| MARIO LOPEZ-QUIROZ, | |
| Defendant. | |

    The defendant MARIO LOPEZ-QUIROZ, represented by Robert Carlin, Assistant Federal Public Defender, and the government, represented by William J. Gullotta, Assistant United States Attorney, appeared before the Court on August 31, 2015 for a status conference in the above-captioned case. The defendant has received discovery from the government and has indicated that he is gathering additional information. Defense counsel continues to review the discovery and prepare the defense's case, and the parties plan to discuss a potential resolution. At the request of the parties, the Court set the matter for a status conference on October 26, 2015 at 9:00 a.m.

    The Government and counsel for MARIO LOPEZ-QUIROZ agreed that time should be excluded under the Speedy Trial Act from August 31, 2015 through October 26, 2015 so that defense counsel can

[~~PROPOSED~~] ORDER EXCLUDING TIME

prepare and conduct necessary investigation.

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time from August 31, 2015 through October 26, 2015 would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from August 31, 2015 through October 26, 2015 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time from August 31, 2015 through October 26, 2015 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

___9/11/2015___  
DATE

*Ronald M. Whyte*  
THE HONORABLE RONALD M. WHYTE  
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER EXCLUDING TIME