STEVEN G. KALAR
Federal Public Defender
ROBERT CARLIN
Assistant Federal Public Defender
55 South Market Street, Suite 820
San Jose, CA 95113
Telephone:  (408) 291-7753
Email robert_carlin@fd.org

Counsel for Defendant
MARIO LOPEZ QUIROZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| MARIO LOPEZ QUIROZ, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

No. CR-15-189-RMW

**STIPULATION TO CONTINUE STATUS CONFERENCE; [PROPOSED] ORDER**

Plaintiff United States of America, by and through Assistant United States Attorney William Gullotta, and Defendant MARIO LOPEZ QUIROZ ("Mr. Lopez"), by and through his attorney of record, Assistant Federal Public Defender Robert Carlin, hereby stipulate that the status conference in this case should be continued from October 26 to November 16, 2015, at 9:00 a.m.

1.  Mr. Lopez has been charged in a single count Indictment with a violation of 8 U.S.C. § 1326.

1

1      2.  A status conference before this Honorable Court is scheduled for October 26, 2015, at

2  9:00 a.m.

3      3.  Defense counsel needs additional time to conduct investigation, including telephonic

4  interviews with several witnesses located in Mexico City, before Mr. Lopez is able to decide

5  whether he intends to schedule the matter for trial or to change his plea.

6      4.  Mr. Lopez respectfully requests that the status hearing be continued as requested, and

7  agrees to the exclusion of time from October 26 to November 16, 2015, pursuant to 18 U.S.C. §

8  3161 (h)(7)(A).

9      5.  Accordingly, the parties request that the status hearing be continued to November 16,

10  2015, at 9:00 a.m.

11

12  IT IS SO STIPULATED.

13                                        Respectfully submitted,

14                                        STEVEN G. KALAR
                                          Federal Public Defender

15

16  Dated: October 22, 2015               ___/s/_____
                                          ROBERT CARLIN
17                                        Assistant Federal Public Defender

18
                                          Brian Stretch
19                                        ACTING UNITED STATES ATTORNEY

20

21  Dated: October 22, 2015               ___/s/_____
                                          WILLIAM GULLOTTA
22                                        Assistant United States Attorney

23

24

25

26

1  STEVEN G. KALAR
   Federal Public Defender
2  ROBERT CARLIN
   Assistant Federal Public Defender
3  55 South Market Street, Suite 820
   San Jose, CA 95113
4  Telephone:  (408) 291-7753
   Email robert_carlin@fd.org
5
   Counsel for Defendant
6  MARIO LOPEZ QUIROZ

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                             SAN JOSE DIVISION
11

12
   UNITED STATES OF AMERICA,        )     No. CR-15-189-RMW
13                                   )
                    Plaintiff,       )     [PROPOSED] ORDER
14                                   )
   vs.                               )
15                                   )
   MARIO LOPEZ QUIROZ,               )
16                                   )
                    Defendant.       )
17  _____ )

18

19
          1.  Mr. Lopez has been charged in a single count Indictment with a violation of 8 U.S.C.
20
   § 1326.
21
          2.  A status conference before this Court is scheduled for October 26, 2015, at  9:00 a.m.
22
          3.  Defense counsel needs additional time to conduct investigation, including telephonic
23
   interviews with several witnesses located in Mexico City, before Mr. Lopez is able to decide
24
   whether he intends to schedule the matter for trial or to change his plea.
25
          4.  There is good cause for the requested continuance, and the "ends of justice" served by
26

                                          3

taking such action "outweigh the best interest of the public and the defendant in a speedy trial."

18 U.S.C. § 3161 (h)(7)(A).  Accordingly, the time from October 26 to November 16, 2015, is

excluded pursuant to section § 3161 (h)(7)(A).

     5.  The status hearing in this matter shall be continued to November 16, 2015, at 9:00

a.m.

     IT IS SO ORDERED.

Dated:   10/22/2015

_Ronald M. Whyte_

HON. RONALD M. WHYTE
United States District Judge

4